345-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
TOUTON FAR EAST PTE. LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
TOUTON FAR EAST PTE. LTD.,

             Plaintiff,

  -against-


SEAPLUS MARITIME CO., LTD.,

             Defendant.
-------------------------------------------------------------------x

07 CIV. 6242

**RULE 7.1 STATEMENT**

TOUTON FAR EAST PTE. LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company

Dated: New York, New York
      July 6, 2007

                               FREEHILL HOGAN & MAHAR, LLP
                               Attorneys for Plaintiff
                               TOUTON FAR EAST PTE. LTD.

     By: _____
                     Michael E. Unger (MU 0045)

NYDOCS1/286294.1