Marrero/5

345-07/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TOUTON FAR EAST PTE. LTD.,

                Plaintiff,

-against-

SEAPLUS MARITIME CO., LTD.,

                Defendant.
-----------------------------------------------------------x

07 CV 6242 (VM)

**NOTICE AND ORDER OF VOLUNTARY DISMISSAL**

Defendant and garnishees not having answered, appeared or served any motions for summary judgment, this action is hereby voluntarily dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without prejudice and without costs to any party.

Dated: New York, New York
       October ___/___, 2007

Michael E. Unger, Esq. (MU0045)
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
TOUTON FAR EAST PTE. LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

"SO ORDERED" / October 2007

Honorable Victor Marrero
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-2-07

NYDOCS1/291102.1
1.04.9762.00 4606408